testamentary executor of E. R. Whitaker, for E. R. Whitaker.

In all other respects the judgment of the trial court is affirmed.

HAWTHORNE, J., absent.

McCALEB, Justice (concurring).

I am in full accord with the majority decision. However, I do not think it is essential that we reconsider the issues raised in this case, which are identical to those adjudicated in the case of Magnolia Petroleum Company v. Marks, 225 La. 805, 74 So.2d 36. That case, in my opinion, is res judicata of this one.

I respectfully concur.

92 So.2d 384

**ESSO STANDARD OIL COMPANY**

v.

**Henry M. MARKS et al.**

No. 42718.

Dec. 10, 1956.

Rehearing Denied Jan. 21, 1957.

Vanue B. Lacour, Baton Rouge, Louis Berry, New Orleans, for appellants.

Young & Watson, St. Joseph, Sholars, Gunby & Guthrie, Monroe, for defendants-appellees.

SIMON, Justice.

This appeal involves the same parties and the same issues of law assigned in the case of Esso Standard Oil Company v. Jordan, 231 La. 594, 92 So.2d 377, and our findings therein are equally applicable and controlling here.

Accordingly, for the reasons assigned, the judgment of the trial court is amended to substitute Mrs. Hilda M. Hair and Mrs. Linda H. Sievers for the deceased R. W. Hair, and to substitute J. F. Vaughan, Testamentary Executor of E. R. Whitaker, for E. R. Whitaker.

In all other respects the judgment of the trial court is affirmed.

McCALEB, J., concurs for the reasons given in 231 La. 594, 92 So.2d 377.

HAWTHORNE, J., absent.